SEDGWICK LLP
MICHAEL A. TOPP, SBN 148445
*michael.topp@sedgwicklaw.com*
KARA L. DIBIASIO, SBN 294547
*kara.dibiasio@sedgwicklaw.com*
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone:    415.781.7900
Facsimile:    415.781.2635

Attorneys for Defendant
UNITED CASUALTY INSURANCE COMPANY OF AMERICA

LAW OFFICES OF JOHN FITZPATRICK VANNUCCI
JOHN FITZPATRICK VANNUCCI, SBN 174329
100 Montgomery Street, Suite 1600
San Francisco, CA 94104
Telephone:    415.981.7500
Facsimile:    415.981.5700

Attorney for Plaintiff
DONNA BROWN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONNA BROWN,<br><br>                        Plaintiff,<br><br>        v.<br><br>UNITED CASUALTY INSURANCE COMPANY OF AMERICA, et al.,<br><br>                        Defendants. | **Case No. 3:15-cv-03042-WHO**<br><br>**STIPULATION AND ORDER FOR REMAND OF CASE TO STATE COURT** |

Pursuant to Civil L.R. 7-12, plaintiff Donna Brown and defendant United Casualty Insurance Company of America, by and through their attorneys of record, hereby stipulate and agree that the case should be remanded to the state court.

IT IS SO AGREED, STIPULATED, AND RESPECTFULLY SUBMITTED:

DATED:  October 13, 2015              SEDGWICK LLP

                                      By:   /s/ Kara L. DiBiasio
                                           Michael A. Topp
                                           Kara L. DiBiasio
                                           Attorneys for Defendant
                                           UNITED CASUALTY INSURANCE COMPANY OF AMERICA

DATED:  October 13, 2015              LAW OFFICES OF JOHN FITZPATRICK VANNUCCI

                                      By:   /s/ John Fitzpatrick Vannucci
                                           John Fitzpatrick Vannucci
                                           Attorney for Plaintiff
                                           DONNA BROWN

*Attestation Regarding Signatures: Pursuant to Civil Local Rule 5-1(i)(3), Kara L. DiBiasio hereby attests that concurrence in the filing of the document has been obtained from each of the other signatories identified above, which shall serve in lieu of their signatures on the document.*

**ORDER**

Having considered the parties' Stipulation for Remand of the Case to State Court pursuant to Civil L.R. 7-12, and good cause appearing, it is hereby ORDERED that the action shall be remanded to the Superior Court of the State of California, County of San Francisco. All further proceedings shall take place in the state court.

IT IS SO ORDERED.

DATED: October 14, 2015

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE